**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| Scott Sitkowski and Tonya Sitkowski, ) | Bankruptcy No. 121 B 41816 |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | Judge Donald R. Cassling |

**NOTICE OF MOTION**

TO:   See Attached Service List

    **PLEASE TAKE NOTICE** that on **August 8, 2014,** at the hour of **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling or before any other judge sitting in his place and stead in Courtroom 240 of the Kane County Courthouse, 100 South Third Street, Geneva, Illinois, and shall then and there present the attached **Application of InnovaLaw, P.C. for Final Allowance of Compensation and Reimbursement of Expenses as Counsel for Initial Trustee David E. Grochocinski**, a copy of which is hereby served upon you.

                                        Kathleen M. McGuire
                                        InnovaLaw, P.C.
                                        1900 Ravinia Place
                                        Orland Park IL  60462
                                        Tel. (708) 675-1975
                                        Fax:  (708) 675-1786

**CERTIFICATE OF SERVICE**

    I, Kathleen M. McGuire, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice through the CM/ECF filing system, or by first class mail by depositing same with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 8th day of July, 2014.

                                        /s/ Kathleen M. McGuire

**In re -Sitkowski, 12 B 41816**
**Service List**

Service through the CM/ECF filing system:

Office of the United States Trustee: USTPRegion11.ES.ECF@usdoj.gov
David R. Brown: dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com,
jill@springerbrown.com
Jessica S. Naples: ND-Two@il.cslegal.com
C. David Ward:  cdward1945@yahoo.com, ladylaw1031@msn.com

Service by U.S. Mail:

Scott and Tonya Sitkowski
3671 Baybrook Dr.
Aurora, IL  60504

Atlas Acquisitions, LLC
294 Union St.
Hackensack, NJ  07601

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Scott and Tonya Sitkowski, | ) | Bankruptcy No. 12-41816 |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | Judge Donald R. Cassling |

**COVER SHEET FOR APPLICATION FOR FINAL
ALLOWANCE OF PROFESSIONAL COMPENSATION**

Name of Applicant:   InnovaLaw, P.C.

Authorized to Provide
Professional Services to:   David E. Grochocinski, as initial trustee for the chapter 7 estate of Scott and Tonya Sitkowski

Date of Order
Authorizing Employment:   January 25, 2013, effective January 7, 2013

Period for Which
Compensation Is Sought:   January 17, 2013 through July 8, 2014

Amount of Fees Sought:   $4,421.50

Amount of Expense
Reimbursement Sought:   $11.51

This is an       Interim Application ____       Final Application __X__

If this is <u>not</u> the first application filed herein by this professional, disclose all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| None. | | | | None. |

Date: July 8, 2014                                    By: __/s/ Kathleen M. McGuire

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| Scott Sitkowski and Tonya Sitkowski, ) | Bankruptcy No. 12 B 41816 |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | Judge Donald R. Cassling |

**APPLICATION OF INNOVALAW, P.C. FOR FINAL ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR
INITIAL TRUSTEE DAVID E. GROCHOCINSKI**

Now comes Kathleen M. McGuire and InnovaLaw, P.C. (collectively, the "Applicant"), counsel for David E. Grochocinski, the initial chapter 7 trustee (the "Initial Trustee") of the bankruptcy estate (the "Estate") of Debtors Scott and Tonya Sitkowski (the "Debtors"), and pursuant to 11 U.S.C. § 330 and Fed. R. Bankr. P. 2016, submits this First and Final Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") for professional services rendered as attorneys to the Initial Trustee.

**Background**

1. On October 22, 2012, the Debtor commenced this case by filing a petition for relief under chapter 7 of the Bankruptcy Code.

2. On January 25, 2013, the Court entered an order authorizing the retention of InnovaLaw, P.C. ("Innova") as attorneys for the Initial Trustee, effective January 7, 2013 (the "Retention Order"). A copy of the Retention Order is attached hereto as Exhibit A.

3. On April 16, 2014, the Initial Trustee resigned and David R. Brown was appointed successor trustee (the "Successor Trustee").

4. Before the Initial Trustee's resignation, Applicant expended time and resources in rendering legal services to the Initial Trustee.

5.      This is Applicant's first and final request for compensation as attorneys for the Initial Trustee. Applicant has not previously received any compensation in this case.

### Services Rendered and Amount Requested

6.      Between January 17, 2013 and July 7, 2014 (the "Application Period"), Applicant expended 14.1 hours of time in providing the following services to the Interim Trustee. Applicant requests total compensation of $4,421.50 for its services at its customary billing rates as follows:

| Attorney or Paralegal | Hours | Total |
|---|---:|---:|
| Kathleen M. McGuire (KMM) | 9.4 | $3,619.00 |
| Arianne Holtschlag (AH) | 2.0 | $600.00 |
| Kristine Hubert (KH) | 1.5 | $112.50 |
| Gricel Gonzalez (GG) | 1.2 | $90.00 |
| Total: | 14.1 | $4,421.50 |

7.      The legal services provided by Applicant are divided into the following categories:

(i).    General Administration:  Applicant expended 5.7 hours in connection with the administration of the estate. Work in this category included the preparation and presentation of motions to employ professionals, including counsel for the Estate. Applicant also spent time communicating with counsel in the products liability case. Work in this category also included a motion to extend time to object to the debtor's exemptions and 1.5 hours of work on this fee petition.

| Attorney | Hours | Rate | Total |
|---|---:|---:|---:|
| AH | 2.0 | $300.00 | $600.00 |
| KH | 1.5 | $75.00 | $112.50 |
| GG | 1.2 | $75.00 | $90.00 |
| KMM | 1.0 | $385.00 | $385.00 |
| Total: | 5.7 |  | $1,187.50 |

(ii).   Objection to Exemptions:  Applicant expended 8.4 hours in connection with the preparation and presentation of an objection to debtor's exemption in the civil action *Tonya Sitkowski & Scott Sitkowski, individually & as legal guardians of Abigail Sitkowski, a minor v. Wyeth Pharmaceuticals Inc. & Pfizer Inc.* (the "Products Liability Action"). The Debtors are the parents of a child with a severe birth defect which they believe is attributable to the drug Effexor. In the Products Liability Action, the Debtors bring assert claims against the drug manufacturers in their individual capacities and as guardians of their daughter.

Because neither Debtor complained of personal bodily injury in the complaint in the Products Liability Action, the Trustee objected to their claim of exemptions in the proceeds of that suit.  Ultimately, counsel for the Trustee and the Debtors negotiated an agreed order that limits the Debtors' exemptions to damages allocated to each Debtor either by judgment or by settlement in the Products Liability Action.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| KMM | 8.4 | $385.00 | $3,234.00 |
| Total: | 8.4 | | $3,234.00 |

8. A detailed summary of Applicant's services during the Application Period and related charges for those services is attached hereto as Exhibit B.

9. All fees for which allowance is sought were incurred in connection with Applicant's representation of the Initial Trustee and were reasonable and necessary to effectively assist the Initial Trustee in the administration of the Debtor's estate.

10. Expenses.  Attached to this application as Exhibit C is an itemized statement of the actual and necessary expenses incurred by Applicant during the period January 17, 2013 through June 30, 2014, and for which reimbursement is sought.  Those expenses, which total $11.51, were actually and necessarily incurred in order to assist the Initial Trustee in his administration of the Estate.

11. Applicant seeks allowance of its fees and expenses as a chapter 7 administrative expense under 11 U.S.C. § 503(b), payable as funds are available to do so in the discretion of the Successor Trustee.

### Other Disclosures under Fed. R. Bankr. P. 2016

12. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to the matters on which Applicant was employed.

13. No agreement or understanding exists between Applicant and any other entity for

the sharing of compensation received or to be received for services rendered in or in connection with the case, other than compensation that has been or will be approved by the Court upon the applications of other professionals employed to represent the Initial Trustee in this case.

### **InnovaLaw, P.C. Biographical Information**

Kathleen M. McGuire graduated with honors from IIT Chicago-Kent College of Law in 1988, and has practiced exclusively in the fields of bankruptcy and federal civil litigation since that time. Ms. McGuire is admitted to practice in the State of Illinois and the United States District Courts for the Northern and Central Districts of Illinois, as well as the Trial Bar of the Northern District of Illinois. Between 1988 and 2004, Ms. McGuire served as a law clerk to a number of judges in the Bankruptcy Court and District Court. In private practice, she has represented chapter 7 trustees, debtors and creditors in a wide variety of matters in the Bankruptcy Court and in appeals to the District Court. Before receiving her law degree, Ms. McGuire practiced as a certified public accountant.

Ariane Holtschlag, a former Innova associate, graduated from the University of Iowa School of Law in 2007, and she has devoted most of her practice to bankruptcy law since that time. Ms. Holtschlag is admitted to practice in the State of Illinois and the United States District Courts for the Northern and Central Districts of Illinois, as well as the Trial Bar of the Northern District of Illinois. Ms. Holtschlag is the author of several articles published in the American Bankruptcy Journal, and she frequently lectures on bankruptcy-related topics.

Gricel Gonzalez and Kristine Hubert are or were paralegals with Innova. Both Ms. Gonzalez and Ms. Hubert hold degrees in paralegal studies and have substantial training and experience in bankruptcy matters.

**Conclusion**

Kathleen M. McGuire and InnovaLaw, P.C. request that the Court enter an order allowing a final award of professional compensation in the amount of $4,421.50 and reimbursement of expenses of $11.51, payable as an administrative expense under 11 U.S.C. § 503(b) as funds are available to do so in the discretion of the Successor Trustee.

                      Respectfully submitted,
                      InnovaLaw, P.C.

                      By: /s/ Kathleen M. McGuire
                            One of the attorneys for Initial Trustee
                            David E. Grochocinski

Kathleen M. McGuire
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park, IL  60462
Tel: (708) 675-1975
Fax: (708) 675-1786